## Angela Bennett, et al        Plaintiff  vs. CVS Pharmacy Inc        Defendant

**Broward County Case Number:** CACE18014885

**State Reporting Number:** 062018CA014885AXXXCE

**Court Type:** Civil Division – Circuit Court

**Case Type:** Neg – Premises Liability Commercial

**Incident Date:** N/A

**Filing Date:** 06/20/2018

**Court Location:** Central Courthouse

**Case Status:** Pending

**Magistrate Id / Name:** N/A

**Judge ID / Name:** 14 Rodriguez, Carlos Augusto

### – Party(ies)

Total: 3

| Party Type | Party Name | ❓ Address | Attorneys / Address ⭐ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Bennett, Angela** | | ⭐ Weinstein, Justin<br>Retained<br>Bar ID: 98169<br>Weinstein Legal<br>PO BOX 2426<br>Fort Lauderdale, FL 33303 |
| Plaintiff | **Cuevas, Edgar** | | ⭐ Weinstein, Justin<br>Retained<br>Bar ID: 98169<br>Weinstein Legal<br>PO BOX 2426<br>Fort Lauderdale, FL 33303 |
| Defendant | **CVS Pharmacy Inc** | | |

### – Disposition(s)

Total: 0

**There is no Disposition information available for this case.**

Exhibit 1

### Event(s) & Document(s)

Total: 9

| Date ⬍ | Description | Additional Text | View | Pages ⬍ |
|---|---|---|---|---|
| 07/17/2018 | **Amended Complaint** | / Defendants, HOLIDAY CVS, L.L.C<br>Party: *Plaintiff* Bennett, Angela<br>*Plaintiff* Cuevas, Edgar | 📄 | 5 |
| 06/22/2018 | **Filing Fee** | Payor: JUSTIN WEINSTEIN ;<br>Userid: CTS-fg/t ; Receipt:<br>20181FA1A084980;<br>;<br><br>Amount: $401.00 | | |
| 06/22/2018 | **Summons Issued Fee** | Payor: JUSTIN WEINSTEIN ;<br>Userid: CTS-fg/t ; Receipt:<br>20181FA1A084980;<br>;<br><br>Amount: $10.00 | | |
| 06/20/2018 | **Civil Cover Sheet** | | 📄 | 2 |
| 06/20/2018 | **Complaint (eFiled)** | Party: *Plaintiff* Bennett, Angela<br>*Plaintiff* Cuevas, Edgar | 📄 | 5 |
| 06/20/2018 | **Notice of Propounding Interrogatories** | CVS PHARMACY, INC<br>Party: *Plaintiff* Bennett, Angela<br>*Plaintiff* Cuevas, Edgar | 📄 | 10 |
| 06/20/2018 | **Request for Production** | CVS PHARMACY. INC<br>Party: *Plaintiff* Bennett, Angela<br>*Plaintiff* Cuevas, Edgar | 📄 | 4 |
| 06/20/2018 | **Notice of Filing Designation of Emailing Addresses** | JUSTIN WEINSTEIN<br>Party: *Plaintiff* Bennett, Angela<br>*Plaintiff* Cuevas, Edgar | 📄 | 1 |
| 06/20/2018 | **eSummons Issuance** | CVS PHARMACY, INC | 📄 | 2 |

### Hearing(s)

Total: 0

**There is no Hearing information available for this case.**

**–**   Related Case(s)        Total: 0

**There is no related case information available for this case.**

 **CT Corporation**

**Service of Process Transmittal**
06/25/2018
CT Log Number 533583441

TO: Serviceof Process
CVS Health Companies
1 Cvs Dr Mail Code 1160
Woonsocket, RI 02895-6146

RE: **Process Served in Florida**

FOR: CVS Pharmacy, Inc.  (Domestic State: RI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ANGELA BENNETT, etc. and EDGAR CUEVAS, etc., Pltfs. vs. CVS Pharmacy, Inc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Notice(s), Interrogatories, Request, Certificate, Complaint |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # CACE1801488514 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 10/09/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/25/2018 at 14:05 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | JUSTIN WEINSTEIN<br>WEINSTEIN LEGAL<br>330 N. Andrews Ave., Suite 101<br>Fort Lauderdale, FL 33301<br>954-845-0505 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/26/2018, Expected Purge Date: 07/01/2018<br><br>Image SOP<br><br>Email Notification, Serviceof Process Service_of_Process@cvs.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>954-473-5503 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Case Number: CACE-18-014885 Division: 14

Filing # 73865544 E-Filed 06/20/2018 04:15:44 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

ANGELA BENNETT, individually, and
EDGAR CUEVAS, her husband,

       Plaintiff(s),

vs.

CVS PHARMACY, INC., a Foreign Profit
Corporation,

       Defendant(s).

CASE NO.:
JUDGE:

DATE 6/25/16    TIME 205β

INITIALS: AK  260

                /

## SUMMONS

STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

       YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint,
Request for Production, Interrogatories, and Notice of Designation of Primary Email Address in
this action on Defendant CVS PHARMACY, INC. by serving:

**CVS PHARMACY, INC.**
**By Serving the Registered Agent:**
**CT Corporation System**
**1200 South Pine Island Rd.**
**Plantation, FL 33324**

       Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose address
is: **WEINSTEIN LEGAL, 330 N. Andrews Ave., Suite 101, Fort Lauderdale, FL 33301** (954-845-0505)
within twenty (20) days after service of this summons on the Defendant, exclusive of the day of service, and to
file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or
immediately thereafter, If a Defendant fails to do so, a default will be entered against that Defendant for the
relief demanded in the complaint.

       WITNESS my hand and seal of said Court

DATED ON __    JUN 22 2018

BRENDA D. FORMAN
As Clerk of said Court

By:_____
as Deputy Clerk

BRENDA D. FORMAN

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint/Petition with the Clerk of this Court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Petitioner's Attorney named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 Dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL   CIRCUIT,   IN   AND   FOR
BROWARD COUNTY, FLORIDA

ANGELA BENNETT, individually, and
EDGAR CUEVAS, her husband,

CASE NO.: CACE 18-014885 (14)
JUDGE: CARLOS AGUSTO RODRIGUEZ

       Plaintiff(s),

vs.

CVS PHARMACY, INC., a Foreign Profit
Corporation,

       Defendant(s).

_____/

## NOTICE OF PROPOUNDING INTERROGATORIES
## TO DEFENDANT, CVS PHARMACY, INC.

COMES NOW, the Plaintiffs, ANGELA BENNETT and EDGAR CUEVAS, by and
through her undersigned counsel, and propounds an original and one true copy of the following
Interrogatories, to be answered by Defendant, CVS PHARMACY, INC., under oath and in writing
within forty-five (45) days after service hereof as provided by Florida Rule of Civil Procedure 1.340.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served with the
complaint.

      **WEINSTEIN LEGAL**
      *Attorneys for Plaintiff*
      330 N. Andrews Ave., Suite 101
      Fort Lauderdale, FL 33301
      (954) 845-0505 - Telephone
      (954) 206-0050 – Facsimile
      E: Justin@Weinstein-Legal.com

By:  */s/ Justin Weinstein*
      JUSTIN WEINSTEIN, ESQ.
      Florida Bar No: 098169
      SCOTT LEASER, ESQ.
      Florida Bar No: 101739
      Pleadings@Weinstein-Legal.com (service)

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

ANGELA BENNETT, individually, and
EDGAR CUEVAS, her husband,
                                           CASE NO.: CACE 18-014885 (14)
                                           JUDGE: CARLOS AGUSTO RODRIGUEZ

        Plaintiff(s),

vs.

CVS PHARMACY, INC., a Foreign Profit
Corporation,

        Defendant(s).

_____/

## PLAINTIFF'S REQUEST FOR PRODUCTION TO
## DEFENDANT, CVS PHARMACY, INC.

COMES NOW, the Plaintiffs, ANGELA BENNETT and EDGAR CUEVAS, by and
through her undersigned attorneys, and hereby request, pursuant to Rule 1.350 of the Florida Rules
of Civil Procedure, that the Defendant, CVS PHARMACY, INC., produce at the law offices of the
undersigned within forty-five (45) days of service, originals or copies of the listed items in
Defendant's possession, custody or control, including:

1. Regarding the incident described in the Complaint, any and all ownership, management,
   maintenance, indemnification, insurance or hold harmless agreements, and any documents
   evidencing any legal or equitable interest in the property involved in this incident.

2. Any and all repair bills, estimates and appraisals pertaining to work performed on and/or
   maintenance of the area and/or condition of the property involved in this incident.

3. Any and all photographs or video footage (including, but not limited to, video surveillance
   footage) depicting the area described in the Complaint as of the date of the incident described
   in the Complaint, before, during and after the alleged incident occurred.

4.        Any and all statements, whether written, taped, stenographically recorded or videotaped from the Plaintiff.

5.        Any and all statements, whether written, taped, stenographically recorded or videotaped from any person or potential witness regarding the facts of this lawsuit.

6.        Any and all incident reports, or other papers describing the incident described in the Complaint in the possession, custody, or control of the Defendants, their agents or attorneys (each lettered paragraph requires a separate response):

        a)        That was or were prepared in the ordinary course of any Defendant's business;

        b)        That was prepared within one month of the date of the incident described in the Complaint;

        c)        That was prepared within six months of the date of the incident described in the Complaint; and

        d)        That was prepared up to the time of filing of this lawsuit.

7.        For any and all insurance policies, including liability, excess, umbrella, and the like, the declaration page or face sheet showing the dollar limits of coverage to any and all policy or policies of insurance that cover or that may cover damages sustained by the Plaintiff in the incidents described in the Complaint. If there is no declaration page or face sheet, the entire policy for any and all policies.

7.        Any and all documentation showing schedules of and any and all employees, managers, and/ or agents that were working at the time of the alleged incident in the Complaint.

8.        Any and all employee handbooks, policies, procedures, guidebooks, manuals, or other documents indicating any information regarding maintenance of the property and/or the instructions for handling any incident or complaint that occurs on the property/premises.

9.     Any and all incident reports within the last 5 years for the entire Defendant Corporate entity.

10.     Any and all incident reports for the entire Defendant Corporate Entity which involve, mention, or where caused by the subject raised mat as alleged in the Complaint.

11.     If the Defendant is alleging Plaintiff has failed to mitigate any damages, any and all documentation proving same.

12.     Any and all documentation Defendant is relying upon for its Answer or any of its alleged affirmative defenses.

13.     If Defendant is alleging that the property in question, i.e. the raised mat, was maintained properly, that adequate warning of such raised mat was provided, that the raised mat was allegedly open and obvious to all customers, or that the alleged raised mat did not cause the injuries to Plaintiff, please provide all documentation Defendant is relying upon for any or all of those allegations.

14.     If any request is objected to on the basis of work-product, attorney-client, or any other privilege, Plaintiff requests Defendant produce a "privilege log" pursuant to F.R.Civ.P. 1.280(b)(5).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served with the

complaint.

**WEINSTEIN LEGAL**
*Attorneys for Plaintiff*
330 N. Andrews Ave., Suite 101
Fort Lauderdale, FL 33301
(954) 845-0505 - Telephone
(954) 206-0050 – Facsimile
E: Justin@Weinstein-Legal.com

By:  */s/ Justin Weinstein*
JUSTIN WEINSTEIN, ESQ.
Florida Bar No: 098169
SCOTT LEASER, ESQ.
Florida Bar No: 101739
Pleadings@Weinstein-Legal.com (service)

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

ANGELA BENNETT, individually, and
EDGAR CUEVAS, her husband,

CASE NO.: CACE 18-014885 (14)

Plaintiff,

JUDGE: CARLOS AGUSTO RODRIGUEZ

vs.

CVS PHARMACY, INC.,

Defendants.

---

## PLAINTIFF'S NOTICE OF DESIGNATION OF PRIMARY EMAIL ADDRESS

COMES NOW, the undersigned counsel for the Plaintiff, and files this Notice of Designation of Primary Email Address for service of pleadings **only** in compliance with Florida Rule of Judicial Administration 2.516. Primary email address shall be:

Pleadings@Weinstein-Legal.com

### CERTIFICATION

WE HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant with the Complaint.

**WEINSTEIN LEGAL**
*Attorneys for Plaintiff*
330 N. Andrews Ave., Suite 101
Fort Lauderdale, FL 33301
(954) 845-0505 - Telephone
(954) 206-0050 – Facsimile

By:  */s/ Justin Weinstein*
JUSTIN WEINSTEIN, ESQ.
Florida Bar No: 098169
SCOTT LEASER, ESQ.
Florida Bar No: 101739
Pleadings@Weinstein-Legal.com (service)

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

ANGELA BENNETT, individually, and
EDGAR CUEVAS, her husband,

CASE NO.: CACE 18-014885 (14)
JUDGE: CARLOS AGUSTO RODRIGUEZ

      Plaintiff(s),

vs.

CVS PHARMACY, INC., a Foreign Profit
Corporation,

      Defendant(s).

_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiffs, ANGELA BENNETT and EDGAR CUEVAS, by and through the undersigned counsel, and sues the Defendants, CVS PHARMACY, INC., a Foreign Profit Corporation, and alleges as follows:

### GENERAL ALLEGATIONS

1.    This is a cause of action for damages in excess of $15,000.00, exclusive of interests and costs.

2.    At all times material hereto, Plaintiff, ANGELA BENNETT and EDGAR CUEVAS, were/are residents of Broward County, Florida, over the age of eighteen (18) years and otherwise *sui Juris.*

3.    At all times material hereto, Defendant, CVS PHARMACY, INC., is a Foreign Profit Corporation duly authorized to do and is doing business in Broward County, Florida.

4.    At all times material hereto, CVS PHARMACY, INC. owned, controlled, possessed and/or maintained a pharmacy located at 1 North Federal Highway, in Fort Lauderdale, Broward County, Florida.

5.     Venue is proper in Broward County, Florida because the incident giving rise to this action occurred in Broward County, Florida, Plaintiff resides in Broward County, Florida and the Defendants are dually authorized to do and are doing business in Broward County, Florida.

## COUNT I -NEGLIGENCE OF CVS PHARMACY, INC.

Plaintiff, ANGELA BENNETT, re-alleges each and every allegation contained in paragraphs 1 through 5 as if fully set forth herein and further alleges:

6.     On or about October 9, 2017, Plaintiff, ANGELA BENNETT, was rightfully on the premises as a guest at the subject property known as CVS Pharmacy, a pharmacy located at 1 North Federal Highway in Fort Lauderdale, Broward County, Florida.

7.     At all times material hereto, Defendant, CVS PHARMACY, INC., owed a duty use reasonable care to protect the Plaintiff, ANGELA BENNETT, from dangerous condition existing on said premises of which they knew or should have known.

8.     On or about October 9, 2017, Plaintiff, ANGELA BENNETT, was in line and approaching the checkout counter in the subject store when she tripped over a raised mat on the floor causing her to fall forward onto the hard floor. She fell forward suffering grievous personal injuries requiring surgical intervention.

9.     At all times material hereto, Defendant, CVS PHARMACY, INC., and/or its employees, servants or agents, acting in the course and scope of their employment, were negligent in on or more of the following non-exclusive ways:

   a.  Not properly warning Plaintiff of the raised mat on the floor;

   b.  Not properly warning Plaintiff that the raised mat was not properly secured or affixed tightly to the floor;

c.  Not properly warning Plaintiff of the dangerous condition by accentuating, highlighting, and emphasizing existence of said raised mat when it blends in color with the floor underneath and surrounding area;

d.  Creating and/or permitting a dangerous and unsafe condition, to-wit: the placement of a raised mat by CVS PHARMACY, INC. near the checkout counter to which it is foreseeable to be a dangerous condition to store patrons in general, and the Plaintiff, specifically;

e.  Violating various codes and regulations;

f.  Failing to adopt and enforce reasonable protocols, policies and procedures for inspecting and utilizing the raised mat prior to placement on the store floor when they knew or should have known that such raised mat will be thoroughly walked on by store patrons like the Plaintiff;

g.  Failing to comply with required and/or accepted industry practices, standard and/or code;

h.  Otherwise placing, owning, maintaining, possessing, or controlling the subject raised mat in a dangerous, hazardous and unsafe condition;

i.  Failing to inspect the subject raised mat for hazardous conditions and/or violations of various codes and regulations;

j.  Failing to have proper procedures to identify such dangerous, hazardous, and unsafe conditions; and

k.  Other negligent actions and/or omissions to be determined through discovery.

10.    The latent dangerous condition was created by and/or was known to the Defendant or had existed for a sufficient length of time so that Defendant knew or should have known of its dangerous condition.

11.    As proximate result of Defendant's negligence, Plaintiff, ANGELA BENNETT, was caused to be injured when she tripped over a raised mat on the subject store's floor causing her to fall forward suffering grievous personal injuries.

12.     As a result, Plaintiff, ANGELA BENNETT, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing in nature and Plaintiff will suffer losses in the future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against CVS PHARMACY, INC., as follows:

1.      compensatory damages on each cause of action;

2.      reasonable attorneys' fees where recoverable;

3.      costs of this action; and

4.      such other additional and further relief as the Court may deem necessary, appropriate, and just.

## COUNT II – DERIVATIVE CLAIM OF EDGAR CUEVAS

The Plaintiffs, **ANGELA BENNETT and EDGAR CUEVAS**, repeat and re-allege each and every allegation contained in paragraphs 1-12 above as if fully set forth herein and further allege:

1.      At all material times hereto, Plaintiff, EDGAR CUEVAS, was and is the lawful husband of the Plaintiff, ANGELA BENNETT.

2.      As a direct and proximate result of the aforesaid negligence of Defendants, Plaintiff, EDGAR CUEVAS, has been deprived and will continue to be deprived in the future of the comfort, attention, services, society and consortium of his wife, ANGELA BENNETT.

**WHEREFORE,** Plaintiffs, ANGELA BENNETT AND EDGAR CUEVAS, pray for:

a.    judgment for damages in excess of $15,000.00;

b.    cost of suit;

c.    prejudgment interest where applicable;

d.    trial by jury as to all issues so triable;

e.    attorneys' fees where applicable; and

f.    such other relief as this Court may be deem just and appropriate.

### DEMAND FOR JURY TRIAL

Plaintiff, ANGELA BENNETT AND EDGAR CUEVAS, hereby demands judgment

and a trial by jury on all issues so triable.

**WEINSTEIN LEGAL**
*Attorneys for Plaintiff*
330 N. Andrews Ave., Suite 101
Fort Lauderdale, FL 33301
(954) 845-0505 - Telephone
(954) 206-0050 – Facsimile
E: Justin@Weinstein-Legal.com

By:   */s/ Justin Weinstein*
       JUSTIN WEINSTEIN, ESQ.
       Florida Bar No: 098169
       SCOTT LEASER, ESQ.
       Florida Bar No: 101739
       Pleadings@Weinstein-Legal.com (service)

Case Number: CACE-18-014885 Division: 14

Filing # 73865544 E-Filed 06/20/2018 04:15:44 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law.  This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

---

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Angela Bennett, Edgar Cuevas</u>
Plaintiff
                       vs.
<u>CVS PHARMACY, INC.</u>
Defendant

---

**II.     TYPE OF CASE**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence – other
  ☐    Business governance
  ☐    Business torts
  ☐    Environmental/Toxic tort
  ☐    Third party indemnification
  ☐    Construction defect
  ☐    Mass tort
  ☐    Negligent security
  ☐    Nursing home negligence
  ☒    Premises liability – commercial
  ☐    Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐    Commercial foreclosure $0 - $50,000
  ☐    Commercial foreclosure $50,001 - $249,999
  ☐    Commercial foreclosure $250,000 or more
  ☐    Homestead residential foreclosure $0 – 50,000
  ☐    Homestead residential foreclosure $50,001 - $249,999
  ☐    Homestead residential foreclosure $250,000 or more
  ☐    Non-homestead residential foreclosure $0 - $50,000
  ☐    Non-homestead residential foreclosure $50,001 - $249,999

☐ Non-homestead residential foreclosure $250,00 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
  ☐    Malpractice – business
  ☐    Malpractice – medical
  ☐    Malpractice – other professional
☐ Other
  ☐    Antitrust/Trade Regulation
  ☐    Business Transaction
  ☐    Circuit Civil - Not Applicable
  ☐    Constitutional challenge-statute or ordinance
  ☐    Constitutional challenge-proposed amendment
  ☐    Corporate Trusts
  ☐    Discrimination-employment or other
  ☐    Insurance claims
  ☐    Intellectual property
  ☐    Libel/Slander
  ☐    Shareholder derivative action
  ☐    Securities litigation
  ☐    Trade secrets
  ☐    Trust litigation

---

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 6/20/2018 4:15:41 PM.****

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

ANGELA BENNETT, individually, and
EDGAR CUEVAS, her husband,

CASE NO.: CACE 18-014885 (14)
JUDGE:  CARLOS AGUSTO RODRIGUEZ

       Plaintiff(s),

vs.

HOLIDAY CVS, L.L.C., a Florida Limited
Liability Company,

       Defendant(s).

_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiffs, ANGELA BENNETT and EDGAR CUEVAS, by and through the undersigned counsel, and sues the Defendants, HOLIDAY CVS, L.L.C., a Florida Limited Liability Company, and alleges as follows:

## GENERAL ALLEGATIONS

1.      This is a cause of action for damages in excess of $15,000.00, exclusive of interests and costs.

2.      At all times material hereto, Plaintiff, ANGELA BENNETT and EDGAR CUEVAS, were/are residents of Broward County, Florida, over the age of eighteen (18) years and otherwise *sui Juris.*

3.      At all times material hereto, Defendant, HOLIDAY CVS, L.L.C., is a Florida Limited Liability Company duly authorized to do and is doing business in Broward County, Florida.

4.      At all times material hereto, HOLIDAY CVS, L.L.C. owned, controlled, possessed and/or maintained a pharmacy located at 1 North Federal Highway, in Fort

Lauderdale, Broward County, Florida.

5.      Venue is proper in Broward County, Florida because the incident giving rise to this action occurred in Broward County, Florida, Plaintiff resides in Broward County, Florida and the Defendants are dually authorized to do and are doing business in Broward County, Florida.

## COUNT I -NEGLIGENCE OF HOLIDAY CVS, L.L.C.

Plaintiff, ANGELA BENNETT, re-alleges each and every allegation contained in paragraphs 1 through 5 as if fully set forth herein and further alleges:

6.      On or about October 9, 2017, Plaintiff, ANGELA BENNETT, was rightfully on the premises as a guest at the subject property known as CVS Pharmacy, a pharmacy located at 1 North Federal Highway in Fort Lauderdale, Broward County, Florida.

7.      At all times material hereto, Defendant, HOLIDAY CVS, L.L.C., owed a duty use reasonable care to protect the Plaintiff, ANGELA BENNETT, from dangerous condition existing on said premises of which they knew or should have known.

8.      On or about October 9, 2017, Plaintiff, ANGELA BENNETT, was in line and approaching the checkout counter in the subject store when she tripped over a raised mat on the floor causing her to fall forward onto the hard floor.  She fell forward suffering grievous personal injuries requiring surgical intervention.

9.      At all times material hereto, Defendant, HOLIDAY CVS, L.L.C., and/or its employees, servants or agents, acting in the course and scope of their employment, were negligent in on or more of the following non-exclusive ways:

        a.  Not properly warning Plaintiff of the raised mat on the floor;

b.  Not properly warning Plaintiff that the raised mat was not properly secured or affixed tightly to the floor;

c.  Not properly warning Plaintiff of the dangerous condition by accentuating, highlighting, and emphasizing existence of said raised mat when it blends in color with the floor underneath and surrounding area;

d.  Creating and/or permitting a dangerous and unsafe condition, to-wit: the placement of a raised mat by HOLIDAY CVS, L.L.C. near the checkout counter to which it is foreseeable to be a dangerous condition to store patrons in general, and the Plaintiff, specifically;

e.  Violating various codes and regulations;

f.  Failing to adopt and enforce reasonable protocols, policies and procedures for inspecting and utilizing the raised mat prior to placement on the store floor when they knew or should have known that such raised mat will be thoroughly walked on by store patrons like the Plaintiff;

g.  Failing to comply with required and/or accepted industry practices, standard and/or code;

h.  Otherwise placing, owning, maintaining, possessing, or controlling the subject raised mat in a dangerous, hazardous and unsafe condition;

i.  Failing to inspect the subject raised mat for hazardous conditions and/or violations of various codes and regulations;

j.  Failing to have proper procedures to identify such dangerous, hazardous, and unsafe conditions; and

k.  Other negligent actions and/or omissions to be determined through discovery.

10.  The latent dangerous condition was created by and/or was known to the Defendant or had existed for a sufficient length of time so that Defendant knew or should have known of its dangerous condition.

11.  As proximate result of Defendant's negligence, Plaintiff, ANGELA BENNETT, was caused to be injured when she tripped over a raised mat on the subject store's floor causing

her to fall forward suffering grievous personal injuries.

12.     As a result, Plaintiff, ANGELA BENNETT, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing in nature and Plaintiff will suffer losses in the future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against HOLIDAY CVS, L.L.C., as follows:

1.     compensatory damages on each cause of action;

2.     reasonable attorneys' fees where recoverable;

3.     costs of this action; and

4.     such other additional and further relief as the Court may deem necessary, appropriate, and just.

## COUNT II – DERIVATIVE CLAIM OF EDGAR CUEVAS

The Plaintiffs, **ANGELA BENNETT and EDGAR CUEVAS**, repeat and re-allege each and every allegation contained in paragraphs 1-12 above as if fully set forth herein and further allege:

1.     At all material times hereto, Plaintiff, EDGAR CUEVAS, was and is the lawful husband of the Plaintiff, ANGELA BENNETT.

2.     As a direct and proximate result of the aforesaid negligence of Defendants, Plaintiff, EDGAR CUEVAS, has been deprived and will continue to be deprived in the future of the comfort, attention, services, society and consortium of his wife, ANGELA BENNETT.

**WHEREFORE,** Plaintiffs, ANGELA BENNETT AND EDGAR CUEVAS, pray for:

    a.      judgment for damages in excess of $15,000.00;

    b.      cost of suit;

    c.      prejudgment interest where applicable;

    d.      trial by jury as to all issues so triable;

    e.      attorneys' fees where applicable; and

    f.      such other relief as this Court may be deem just and appropriate.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff, ANGELA BENNETT AND EDGAR CUEVAS, hereby demands judgment and a trial by jury on all issues so triable.

**WEINSTEIN LEGAL**
*Attorneys for Plaintiff*
330 N. Andrews Ave., Suite 101
Fort Lauderdale, FL 33301
(954) 845-0505 - Telephone
(954) 206-0050 – Facsimile
E: Justin@Weinstein-Legal.com

By:   */s/ Justin Weinstein_____*
       JUSTIN WEINSTEIN, ESQ.
       Florida Bar No: 098169
       SCOTT LEASER, ESQ.
       Florida Bar No: 101739
       Pleadings@Weinstein-Legal.com (service)